IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LAGUNA ORTEGA, | |
| Plaintiff, | **8:25CV503** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | **ORDER** |
| Defendant. | |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff filed an amended complaint, with leave of Court, on August 7, 2025. Filing No. 32. On August 13, 2025, the Court[1] granted Defendant's motion to transfer venue and transferred this case to the District of Nebraska. Filing No. 33. Defendant has not responded to Plaintiff's amended complaint. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until October 29, 2025 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The

---

[1] The Honorable Peggy Kuo, United States Magistrate Judge for the Eastern District of New York.

1

failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 29th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge