IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LAGUNA ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **8:25CV503**<br><br><br>**ORDER** |

Defendant filed a letter advising Plaintiff's counsel (Brian Ponder) was disbarred from the practice of law in the State of New York, effective immediately, on March 5, 2026. Filing No. 88. Defendant seeks guidance on how to proceed in this case given upcoming case progression deadlines.

Accordingly,

IT IS ORDERED:

1) The deadlines in the Final Progression Order, Filing No. 75, are stayed pending further order of the Court.

2) On or before **May 7, 2026**, Plaintiff shall either (a) obtain the services of new counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the Court of his intent to litigate this case without the assistance of counsel.

1

3) If Mr. Ponder contends Defendant is mistaken as to his status as having been disbarred, he shall file a motion to reconsider this Order on or before **April 14, 2026**. Alternatively, Mr. Ponder shall promptly report his disbarment in writing to the Clerk of the Court as set forth in the local rules, but at the latest on or before **April 14, 2026**. *See* NEGenR 1.8(c).

4) Mr. Ponder shall serve a copy of this Order on Plaintiff and file a certificate certifying service on or before **April 14, 2026**. The certificate of service must include Plaintiff's last known mailing address as well as Plaintiff's phone numbers and email address.

5) Failure to comply with this Order may result in sanctions against Mr. Ponder.

Dated this 7th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2