IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LAGUNA ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **8:25CV503**<br><br><br><br>**ORDER** |

Brian L. Ponder moves to withdraw as counsel of record for Plaintiff because he was disbarred from the practice of law in the State of New York. The motion to withdraw is granted.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw, Filing No. 91, is granted. Brian Ponder is withdrawn as counsel of record for Plaintiff and shall no longer receive electronic notice in this case.

2) The Court previously set May 7, 2026 as the deadline for Plaintiff to obtain new counsel. Mr. Ponder did not serve the Order, Filing No. 89, setting this deadline on Plaintiff until April 22. *See* Filing No. 92-1. Accordingly, this deadline is extended. On or before **May 26, 2026**, Plaintiff shall either (a) obtain the services of new counsel and have that attorney file an appearance

1

in this case; or (b) file a statement notifying the Court of his intent to litigate this case without the assistance of counsel.

3) The Clerk shall add Plaintiff's address to the docket, as set forth below, so he receives notice in this case:

> 1009 Sunrise Dr., Apt. 18
> Norfolk, NE 68701

4) The Clerk shall serve a copy of this Order on Plaintiff at his address of record.

Dated this 23rd day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge