IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LAGUNA ORTEGA<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | **8:25CV503**<br><br><br>**ORDER TO SHOW CAUSE** |

On April 23, 2026, the Court entered an order Filing No. 94, which required counsel for Plaintiff to enter an appearance or for Plaintiff to file a statement indicating his intent to proceed pro se. Plaintiff was directed to comply on or before May 26, 2026. As of the date of this order, Plaintiff has not complied or otherwise appeared and has not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED:

1. Plaintiff is given until June 22, 2026 to show cause why the court should not dismiss this case for want of prosecution.

2. The Clerk of the Court is directed to mail a copy of this order to Plaintiff's address of record and email a copy of the order to luislaguna235@gmail.com

Dated this 10th day of June, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca

United States Magistrate Judge