IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LAGUNA ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **8:25CV503**<br><br>**ORDER** |

This matter comes before the Court on the Findings and Recommendation of the Magistrate Judge that this case be dismissed. Filing No. 101. As noted by the Magistrate Judge, the Court granted Plaintiff's counsel's motion to withdraw and directed Plaintiff to obtain new counsel or file a statement of intent to proceed pro se. The Court was unable to mail the order to Plaintiff at the address provided by his withdrawing counsel. Thereafter, the Court issued an order to show cause to Plaintiff which was both mailed and sent via email to Plaintiff. To date, Plaintiff has not responded to the show-cause order, has not retained new counsel or indicated his intent to proceed pro se, and has not objected to the Magistrate Judge's findings and recommendation.

Accordingly, pursuant to 28 U.S.C. § 636(b) and having reviewed the record and received no objections, adopts the Magistrate Judge's Findings and Recommendation in full that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and NECivR 41.2 for want of prosecution.

IT IS ORDERED:

1. The Court adopts the Findings and Recommendation of the Magistrate Judge, Filing No. 101, in full.

2. This case is dismissed without prejudice for want of prosecution.

3. The Clerk is directed to close the case.

4. The Court will enter a separate judgment.

Dated this 18th day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge